PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-MC-00035-TLN-EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $100,222.37 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 9475278587, | |
| APPROXIMATELY $8,575.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Y. Nhu Le, by and through their respective counsel, and potential claimant Ben V. Phan, appearing *in propria persona* ("claimants"), as follows:

1.      On or about November 19, 2018, claimants Ben V. Phan and Y. Nhu Le filed a claim in the administrative forfeiture proceeding with the U.S. Secret Service ("USSS") with respect to Approximately $100,222.37 Seized From Wells Fargo Bank account number 9475278587 and Approximately $8,575.00 in U.S. Currency  (hereafter "defendant funds"), which were seized on August 24 and 27, 2018.

2.      The USSS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

1

defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person, other than claimants, has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 15, 2019.

4.     By Stipulation and Order filed February 26, 2019, the parties stipulated to extend to May 16, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.     By Stipulation and Order filed May 16, 2019, the parties stipulated to extend to August 14, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.     By Stipulation and Order filed August 13, 2019, the parties stipulated to extend to September 13, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7.     By Stipulation and Order filed September 18, 2019, the parties stipulated to extend to December 12, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8.     By Stipulation and Order filed December 13, 2019, the parties stipulated to extend to February 10, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9.     By Stipulation and Order filed February 3, 2020, the parties stipulated to extend to May 11, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

Stipulation and Order to Extend Time

10.    By Stipulation and Order filed May 6, 2020, the parties stipulated to extend to August 7, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11.    By Stipulation and Order filed August 4, 2020, the parties stipulated to extend to November 5, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12.    By Stipulation and Order filed November 3, 2020, the parties stipulated to extend to February 3, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13.    By Stipulation and Order filed January 29, 2021, the parties stipulated to extend to May 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

14.    By Stipulation and Order filed May 3, 2021, the parties stipulated to extend to August 2, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

15.    By Stipulation and Order filed August 2, 2021, the parties stipulated to extend to November 1, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

16.    By Stipulation and Order filed October 29, 2021, the parties stipulated to extend to January 31, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

17.    By Stipulation and Order filed January 31, 2022, the parties stipulated to extend to April 29, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

Stipulation and Order to Extend Time

18.     By Stipulation and Order filed April 28, 2022, the parties stipulated to extend to July 28, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

19.     By Stipulation and Order filed July 25, 2022, the parties stipulated to extend to October 26, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

20.     By Stipulation and Order filed October 24, 2022, the parties stipulated to extend to January 24, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

21.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 24, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1      22.     Accordingly, the parties agree that the deadline by which the United States shall be

required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment

alleging that the defendant funds are subject to forfeiture shall be extended to April 24, 2023.

Dated: <u>1/20/2023</u>

PHILLIP A. TALBERT
United States Attorney

By:    <u>/s/ Kevin C. Khasigian</u>
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: <u>1/19/2023</u>

<u>/s/ Ben V. Phan</u>
BEN V. PHAN
Potential claimant
Appearing *in propria persona*
(Authorized by email)

Dated: <u>1/18/2023</u>

<u>/s/ Douglas Beevers</u>
DOUGLAS BEEVERS
Attorney for potential claimant Y. Nhu Le
(Authorized by email)

**IT IS SO ORDERED**.

Dated: January 20, 2023

_____
Troy L. Nunley
United States District Judge